888

Kathyann FERGUS, Plaintiff–
Appellant,

v.

CITY OF NEW YORK, New York City
Department of Corrections,
Defendants–Appellees.

No. 08–4229–cv.

United States Court of Appeals,
Second Circuit.

Sept. 10, 2009.

mary judgment. Accordingly, we AF-
FIRM the judgment of the District Court.

UNITED STATES of America,
Appellee,

v.

Peter FOREMAN, Defendant–
Appellant.

No. 08–4928–cr.

United States Court of Appeals,
Second Circuit.

Sept. 11, 2009.

Karl J. Stoecker, Mineola, NY, for Plain-
tiff–Appellant.

Karen M. Griffin, Assistant Corporation
Counsel (Francis F. Caputo, Bruce Rosen-
baum, on the brief), for Michael A. Cardo-
zo, Corporation Counsel of the City of
New York, New York, NY, for Defen-
dants–Appellees.

Present: ROGER J. MINER,
ROSEMARY S. POOLER and ROBERT
A. KATZMANN, Circuit Judges.

## SUMMARY ORDER

Substantially for the reasons stated in
the comprehensive Report and Recommen-
dation of the Magistrate Judge (Bloom, *J.*)
dated July 1, 2008, adopted by the District
Court in its Order dated July 29, 2008, we
conclude that the District Court properly
granted the defendants' motion for sum-